**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-CV-22729-CMA**

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

v.

CURTIS INTERNATIONAL LTD.

    Defendant.

**JURY TRIAL DEMANDED**

**PLAINTIFF SEOUL SEMICONDUCTOR CO., LTD.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Seoul Semiconductor Co., Ltd. ("SSC") respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

SSC hereby certifies that it is a privately-held company with no parent corporation, and no publically-held company owns 10% or more of its stock.

1

DATED:   July 24, 2014

Respectfully submitted,

**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**

/S/Regan N. Kruse
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Regan N. Kruse (Fla. Bar No. 84404)
rkruse@astidavis.com
1001 Brickell Bay Drive, Ninth Floor
Miami, Florida 33131
Tel:   (305) 372-8282
Fax:  (305) 372-8202

*Attorneys for Plaintiff*
*Seoul Semiconductor Co., Ltd.*

*Of Counsel:*

David C. Radulescu, Ph.D.*
Tigran Vardanian*
Robin M. Davis*
Michael D. Sadowitz*
Daniel Kesack*
RADULESCU LLP
136 Madison Ave., 5th Floor
Tel:   (646) 502-5950
Fax:   (646) 502-5959
david@radulescullp.com
tigran@radulescullp.com
robin@radulescullp.com
mike@radulescullp.com
daniel@radulescullp.com

*Pro hac vice to be filed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */S/Regan N. Kruse*
Regan N. Kruse (Fla. Bar No. 84404)