**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-CV-22729-CMA**

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

v.

CURTIS INTERNATIONAL LTD.

    Defendant.

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Rule 3.8 of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiff Seoul Semiconductor Co., Ltd. hereby files this notice to bring to the Court's attention that this matter is similar to *Seoul Semiconductor Co., Ltd. v. Craig Electronics, Inc.*, Case No. 1:14-cv-22728-RNS, pending in the United States District Court for the Southern District of Florida before Judge Robert N. Scola, Jr. ("*Craig*").

A Notice of Pending, Refiled, Related or Similar Actions regarding the above-captioned case has also been filed in the *Craig* case.

DATED:   August 5, 2014

Respectfully submitted,

**ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.**

*/s/ Regan N. Kruse*
Edward M. Mullins (Fla. Bar No. 863920)
emullins@astidavis.com
Regan N. Kruse (Fla. Bar No. 84404)
rkruse@astidavis.com
1001 Brickell Bay Drive, Ninth Floor
Miami, Florida 33131
Tel:  (305) 372-8282
Fax: (305) 372-8202

-and-

David C. Radulescu*
Tigran Vardanian*
Robin M. Davis*
Michael D. Sadowitz*
RADULESCU LLP
136 Madison Ave., 5th Floor
Tel:   (646) 502-5950
Fax:   (646) 502-5959
david@radulescullp.com
tigran@radulescullp.com
robin@radulescullp.com
mike@radulescullp.com

*Pro hac vice to be filed

*Attorneys for Plaintiff*
*Seoul Semiconductor Co., Ltd.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.

By: */s/ Regan N. Kruse*
Regan N. Kruse (Fla. Bar No. 84404)