# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

BETWEEN:
SEOUL SEMICONDUCTOR CO., LTD.
     Plaintiff,

v.              Civil Action No. 14-CV-22729-Altonaga/O'Sullivan

CURTIS INTERTNATIONAL, LTD.
     Defendant,

### AFFIDAVIT OF SERVICE

I, Christian Spencer: Process Server for Select Document Services Inc., of the City of Toronto, in the Province of Ontario, Canada, make oath and say:

1. On July 29th, 2014, at approximately 11:10 am, I personally served Curtis International Ltd., with the Civil Cover Sheet, Summons and Complaint, by leaving a copy with Andrea Godee, Receptionist, at the offices Curtis International Ltd., located at 315 Attwell Drive, in the City of Toronto, in the Province of Ontario.

2. I was able to identify Andrea Godee to be in care and control of the defendant company and authorized to accept service by means of her verbal admission to me.

3. I make this affidavit for no improper purpose and I am not a party to this action.

Sworn before me at the
CITY of TORONTO

in the
PROVINCE of ONTARIO

on July 29th, 2014

_____
NOTARY PUBLIC

_____
(Signature of Deponent)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SEOUL SEMICONDUCTOR CO., LTD.

*Plaintiff(s)*

v.

CURTIS INTRNATIONAL, LTD.

*Defendant(s)*

Civil Action No. **14-cv-22729-Altonaga/O'Sullivan**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Curtis International Ltd.
315 Attwell Drive,
Etobicoke, Ontario,
Canada M9W 5C1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward M. Mullins, Esq.
Astigarraga, Davis, Mullins & Grossman P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: **July 23, 2014**

Steven M. Larimore
Clerk of Court

s/ Valerie Kemp
Deputy Clerk
U.S. District Courts