UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22729-CIV-ALTONAGA/O'Sullivan

**SEOUL SEMICONDUCTOR CO., LTD.**,

    Plaintiff,
v.

**CURTIS INTERNATIONAL, LTD.**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court upon the parties' Joint Motion for Enlargement of Time for Defendant, Curtis International, Ltd., to Respond to Complaint ("Motion") [ECF No. 17]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant, Curtis International, Ltd. shall have up through and including **Thursday, September 18, 2014** within which to respond to the Complaint. The parties are nevertheless required to comply with the Order of August 8, 2014 [ECF No. 16] by the deadline of August 28.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 20th day of August, 2014.

                                                          **CECILIA M. ALTONAGA**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record