# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:14-CV-22729-CMA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD.<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL LTD.<br>                  Defendant. | **JURY TRIAL DEMANDED** |

## DEFENDANT CURTIS INTERNATIONAL LTD.'S CERTIFICATE OF INTERESTED PARTIES

Defendant Curtis International Ltd. ("Curtis") respectfully submits this Certificate of Interested Parties pursuant to Fed. R. Civ. P. 7.1 and the Court's order dated August 7, 2014 (DE 16).

Curtis International Ltd. is wholly owned by Curtis Holdings Inc. Curtis hereby certifies that there is no publicly held corporation that holds 10% or more of Curtis International Ltd. or Curtis Holdings Inc.

Dated: August 28, 2014

Respectfully submitted,

MAYER BROWN LLP

By: /s/ *Breanne Gilpatrick*
Breanne Gilpatrick (Fla. Bar No. 101092)
bgilpatrick@mayerbrown.com
1999 K Street NW
Washington, DC 20006
Tel: (202) 263-3850; Fax: (202) 762-5263

A. John P. Mancini* (jmancini@mayerbrown.com)
Emily Nash* (enash@mayerbrown.com)
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500; Fax: (212) 262-1910

*Pro hac vice to be filed      **Attorneys for Defendant Curtis International Ltd.**

710760258.1

<div align="right">Case No. 1:14-CV-22729-CMA</div>

## **CERTIFICATE OF SERVICE**

I, Breanne Gilpatrick, HEREBY certify that on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that on this date, the foregoing document is being served on all counsel of record or pro se parties identified below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive Notices of Electronic Filing.

<div style="margin-left: 50%;">
By: <i>/s/Breanne Gilpatrick</i><br>
Breanne Gilpatrick (Fla. Bar No. 101092)
</div>

710760258.1