**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-CV-22729-CMA**

SEOUL SEMICONDUCTOR CO., LTD.

      Plaintiff,

v.

CURTIS INTERNATIONAL LTD.

      Defendant.

**JOINT PROPOSED SCHEDULING ORDER**

THIS CAUSE came before the Court on the Joint Scheduling Report submitted by Seoul Semiconductor Co., Ltd. ("SSC") and Defendant Curtis International Ltd. ("Curtis"). The Court has reviewed the Joint Scheduling Report, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED as follows:

**A.   Track Assignment:**

This case is assigned to the _____ Track pursuant to Local Rule 16.1(a)(2).

**B.   Disclosures required by Fed. R. Civ. P. 26(a)(1).**

The initial disclosures set forth in Fed. R. Civ. P. 26(a)(1) will be made on or before_____.

**C.   Agreements on Privilege:**

The parties submit that all claims of privilege or protection be governed by the Federal Rules of Civil Procedure. The parties stipulate that attorney-client privileged communications between counsel and client after the filing of this lawsuit and work product materials generated after the filing of this lawsuit are not

discoverable and need not be included on a privilege log.  The Parties agree to meet and confer regarding other issues as to the scope, content, and exchange of privilege logs, including regarding categories of documents and information immune from discovery that the parties need not log.  The Parties propose handling inadvertently produced documents under terms specified in a protective order that the Parties will propose for entry by the Court.

**D.    Scheduling Deadlines**

Having considered the parties' respective proposals, the Court enters the following schedule in the case.

| *Plaintiff's Proposed Deadline* | *Defendant's Proposed Deadline* | **Court's Deadline** | **Case Event** |
|---|---|---|---|
| *October 24, 2014* | *December 29, 2014* | | Initial disclosures. |
| *November 7, 2014* | *January 26, 2015* | | Deadline to serve preliminary infringement contentions |
| *February 2, 2015* | *(same)* | | First mediation deadline |
| *September 8, 2015* | *(same)* | | Deadline to join parties and amend pleadings. |
| *December 5, 2014* | *February 23, 2015* | | Deadline to serve invalidity contentions. |
| *January 5, 2015* | *April 27, 2015* | | Exchange claim terms for construction. |
| *January 16, 2015* | *May 11, 2015* | | Exchange proposed claim constructions and extrinsic evidence. |
| *January 30, 2015* | *May 25, 2015* | | File joint claim construction statement. |
| *February 13, 2015* | *June 8, 2015* | | Complete claim construction discovery. |
| *February 27, 2015* | *June 29, 2015* | | Opening claim construction briefs. |
| *March 20, 2015* | *July 20, 2015* | | Responsive claim |

2

| *Plaintiff's Proposed Deadline* | *Defendant's Proposed Deadline* | **Court's Deadline** | **Case Event** |
|---|---|---|---|
| | | | construction briefs. |
| *April 2015, at the Court's convenience* | *August 2015, at the Court's convenience* | | Claim construction hearing. |
| *June 26, 2015* | *November 16, 2015* | | Fact discovery shall be completed. |
| *July 3, 2015* | *November 23, 2015* | | Second mediation deadline |
| *Two Weeks After Claim Construction Order* | *(same)* | | Deadline to serve amended infringement contentions. |
| *Four Weeks After Claim Construction Order* | *(same)* | | Deadline to serve amended invalidity contentions. |
| *July 31, 2015* | *December 28, 2015* | | Parties shall exchange opening expert witness summaries and reports as required by Local Rule 16.1.K. |
| *August 21, 2015* | *January 19, 2016* | | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| *August 28, 2015* | *January 25, 2016* | | Parties exchange rebuttal expert witness summaries and reports as required by Local Rule 16.1.K. |
| *September 25, 2015* | *February 16, 2016* | | Expert discovery shall be completed. |
| *September 30, 2015* | *March 7, 2016* | | All summary judgment, *Daubert*, and other dispositive motions must be filed. |
| *October 16, 2015* | *April 1, 2016* | | Joint Pretrial Stipulation must be filed. |
| *October 30, 2015* | *April 11, 2016* | | Exhibit lists shall be |

Case No. 1:14-CV-22729-CMA

| *Plaintiff's Proposed Deadline* | *Defendant's Proposed Deadline* | **Court's Deadline** | **Case Event** |
|---|---|---|---|
|  |  |  | exchanged. |
| *November 16, 2015* | *April 25, 2016* |  | All Pretrial Motions and Memoranda of Law must be filed. |
| *November 30, 2015* | *May 9, 2016* |  | Final Pretrial Conference before Judge Altonaga. |
| *December 7, 2015* | *May 16, 2016* |  | Beginning of Trial Period. |

**G.      Pretrial Conference**

The final pretrial conference will be at _____ on _____.

**H.      Trial**

This matter is set for the two-week trial calendar beginning on

_____.

**I.      Referral to Magistrate Judge**

This matter is hereby referred to Magistrate Judge _____ for

purposes of resolving discovery disputes.

DONE AND ORDERED in Chambers at Miami, Florida on this _____day of _____,

2014.

_____
**HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:     Counsel of Record