UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22729-CIV-ALTONAGA/O'Sullivan

**SEOUL SEMICONDUCTOR CO., LTD.**,

    Plaintiff,
vs.

**CURTIS INTERNATIONAL LTD.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Defendant, Curtis International Ltd., is an artificial entity that is not permitted to appear *pro se*; it must be represented by licensed counsel at all times. *See e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). While it appears Defendant has retained counsel who state *pro hac vice* motions are "to be filed" (Joint Scheduling Report [ECF No. 21]), to date, no such motions have been filed by counsel for Defendant. Furthermore, no appearance has been entered by counsel for Defendant. Accordingly, it is

**ORDERED AND ADJUDGED** that counsel for Defendant shall enter an appearance for Defendant and comply with the requirement of the Local Rules of the Southern District of Florida requiring submission of an application to appear *pro hac vice* on or before **September 26, 2014**.[1] Failure to comply will result in appropriate sanctions.

---

[1] Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys contains the requirements for such applications.

CASE NO.  14-22729-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 17th day of September, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record