```
FILING FEE
PAID $75
Pro hac  FLS0000S793
Vice
        Steven M. Larimore, Clerk
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-CV-22729-CMA

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

vs.

CURTIS INTERNATIONAL LTD.

    Defendant.

_____

**MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of A. John P. Mancini of the law firm of Mayer Brown LLP, 1675 Broadway, New York, NY 10019, 212-506-2500, for purposes of appearance as co-counsel on behalf of Curtis International Ltd. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit A. John P. Mancini to receive electronic filings in this case, and in support thereof states as follows:

    1.    A. John P. Mancini is not admitted to practice in the Southern District of Florida and is a member in good standing of The Bar of New York and the United States District Court for the Southern District of New York.

    2.    Movant, Alan M. Weisberg, Esquire, of the law firm of Christopher & Weisberg, P.A., 200 East Las Olas Blvd., Suite 2040, Fort Lauderdale, FL 33301, 954-828-1488, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida. Alan M. Weisberg maintains an office in this State for the practice of law and

is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

   3.  In accordance with the local rules of this Court, A. John P. Mancini has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

   4.  A. John P. Mancini, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to A. John P. Mancini at email address: jmancini@mayerbrown.com.

   WHEREFORE, Alan M. Weisberg moves this Court to enter an Order A. John P. Mancini, to appear before this Court on behalf of Curtis International Ltd, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to A. John P. Mancini.

Date: September 22, 2014      Respectfully submitted,

            By:  *s/ Alan M. Weisberg*
                Alan M. Weisberg, Esq.
                aweisberg@cwiplaw.com
                Florida Bar No. 479349
                CHRISTOPHER & WEISBERG, P.A.
                200 East Las Olas Boulevard, Suite 2040
                Fort Lauderdale, Florida 33301
                Ph.: (954) 828-1488
                Fax: (954) 828-9122
                ***Attorneys for Curtis International, Ltd.***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-CV-22729-CMA

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

vs.

CURTIS INTERNATIONAL LTD.

    Defendant.

_____

## CERTIFICATION OF A. JOHN P. MANCINI

A. John P. Mancini, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Bar of New York and the United States District Court for the Southern District of New York.

_____
A. John P. Mancini, Esq.
jmancini@mayerbrown.com
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Ph.: (212) 506-2500
Fax: (212) 262-1910

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2014, the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was hand-filed with the Clerk of Courts of the United States District Court for the Southern District of Florida, Miami Division a true and correct copy of the foregoing was served on all counsel on the service list in the manner provided therein.

By:   *s/ Kimberly A. Stratos*
      Kimberly A. Stratos

Service List
*Case No.: 1:14-cv-22729-CMA*

Edward M. Mullins, Esq.
Regan N. Kruse, Esq.
ASTIGARRAGA DAVIS
1001 Brickell Bay Drive
Ninth Floor
Miami, Florida 33131
**Via CM/ECF**

David C. Radulescu, Ph.D.
Tigran Vardanian, Esq.
Robin M. Davis, Esq.
Michael D. Sadowitz, Esq.
Daniel Kesack, Esq.
RADULESCU LLP
136 Madison Avenue
Fifth Floor
New York, NY 10016
**Via CM/ECF**

593983

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>          **A. JOHN P. MANCINI**          </u>, Bar # <u>     **JM5829**     </u>

was duly admitted to practice in this Court on

<u>     **SEPTEMBER 25th, 1990**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>     **SEPTEMBER 18th, 2014**     </u>

<u>     Ruby J. Krajick     </u>   by  _[signature]_
Clerk                              Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:14-CV-22729-CMA

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

vs.

CURTIS INTERNATIONAL LTD.

    Defendant.

_____

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILING</u>**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for A. John P. Mancini, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. A. John P. Mancini, may appear and participate in this action on behalf of Curtis International Ltd. The Clerk shall provide electronic notification of all electronic filings to A. John P. Mancini, at jmancini@mayerbrown.com.

1

DONE AND ORDERED in Chambers at Miami, Florida this \_\_\_\_ day of _____, 2014.

_____
United States District Judge

Copies furnished to:

All Counsel of Record