UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22729-CIV-ALTONAGA/O'Sullivan

**SEOUL SEMICONDUCTOR CO., LTD.**,

    Plaintiff,
vs.

**CURTIS INTERNATIONAL LTD.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon two motions to appear *pro hac vice* (the "Motions") [ECF Nos. 25, 26], filed September 22, 2014. Defense counsel, Alan M. Weisberg ("Attorney Weisberg"), submitted the Motions on behalf of Emily A. Nash ("Nash Motion") [ECF No. 26] and Attorney John P. Mancini ("Mancini Motion") [ECF No. 25].

Section 5J of the Court's CM/ECF Administrative Procedures[1] requires a motion to appear *pro hac vice* be "filed in the conventional manner." *See also* CM/ECF Admin. P. § 2B (same). Conventionally filed documents must include original signatures, as an "s/" signature is used only for electronically filed documents. *See id.* §§ 1A, 3J. Here, the proper CM/ECF Administrative Procedures and Local Rules were not followed — Attorney Weisberg did not sign the requisite documents with his original signature. (*See, e.g.*, Nash Mot. 2; Mancini Mot. 2). As a result, Attorneys Emily A. Nash and John P. Mancini may not appear *pro hac vice* on behalf of Curtis International Ltd.

Accordingly, it is

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

CASE NO. 14-22729-CIV-ALTONAGA

**ORDERED AND ADJUDGED** as follows:

1. The Motions **[ECF Nos. 25, 26]** are **DENIED**.

2. Counsel are to submit renewed motions for admission to appear *pro hac vice* on behalf of Defendant, Curtis International Ltd., in compliance with the Local Rules and CM/ECF Administrative Procedures, on or before **September 29, 2014**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of September, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record