UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22729-CIV-ALTONAGA/O'Sullivan

**SEOUL SEMICONDUCTOR CO., LTD.**,

    Plaintiff,
v.

**CURTIS INTERNATIONAL LTD.**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Joint Motion for Enlargement of Time to File Proposed Order Scheduling Mediation ("Motion") [ECF No. 36]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadline for the Parties to file their joint proposed order scheduling mediation is extended up through and including **Friday, November 14, 2014**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of October, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record