UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-CV-22729-CMA

SEOUL SEMICONDUCTOR CO., LTD.

    Plaintiff,

v.

CURTIS INTERNATIONAL LTD.

    Defendant.

**JOINT NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiff, Seoul Semiconductor Co., Ltd. ("SSC"), and Defendant, Curtis International Ltd., ("Curtis"), (together the "Parties") by and through their respective undersigned counsel, hereby file the attached proposed Order Scheduling Mediation.

Dated: November 14, 2014                        Respectfully Submitted:

| By: *s/ Edward M. Mullins* | By: *s/ Alan M. Weisberg* |
|---|---|
| Edward M. Mullins (Fla. Bar No. 863920) | Alan M. Weisberg, Esq. (Fla. Bar No. 479349) |
| emullins@astidavis.com | aweisberg@cwiplaw.com |
| Regan N. Kruse (Fla. Bar No. 84404) | **CHRISTOPHER & WEISBERG, P.A.** |
| rkruse@astidavis.com | 200 East Las Olas Boulevard, Suite 2040 |
| **ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.** | Fort Lauderdale, Florida 33301 |
| 1001 Brickell Bay Drive, Ninth Floor | (954) 828-1488 (Telephone) |
| Miami, Florida 33131 | (954) 828-9122 (Facsimile) |
| Tel: (305) 372-8282 | |
| Fax: (305) 372-8202 | Of Counsel: |
| | |
| Of Counsel: | A. John Mancini* |
| | JMancini@mayerbrown.com |
| David C. Radulescu, Ph.D.* | Emily A. Nash* |
| david@radulescullp.com | enash@mayerbrown.com |
| Tigran Vardanian* | **MAYER BROWN, LLP** |
| tigran@radulescullp.com | 1675 Broadway |
| Robin M. Davis* | New York, New York 10019-5820 |
| robin@radulescullp.com | Tel: (212) 506-2500 |
| Michael D. Sadowitz* | Fax: (212) 262-1910 |
| mike@radulescullp.com | |
| **RADULESCU LLP** | *Admitted pro hac vice |

| | |
|---|---|
| 136 Madison Ave., 5th Floor<br>New York, New York 10016<br>Tel: (646) 502-5950<br>Fax: (646) 502-5959<br><br>*Admitted pro hac vice<br><br>*Attorneys for Plaintiff, Seoul Semiconductor Co., Ltd.* | *Attorneys for Defendant, Curtis International Ltd.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I also certify that the foregoing document is being served this date on all counsel of record on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or, in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By:  *s/ Regan N. Kruse*_____
      Regan N. Kruse (Fla Bar No. 84404)

## SERVICE LIST
*Seoul Semiconductor Co., Ltd. v. Curtis International Ltd.*
Case No. 1:14-CV-22729-CMA

Alan M. Weisberg
aweisberg@cwiplaw.com
**CHRISTOPHER & WEISBERG**
200 E. Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Tel: (954) 828-1488
Fax: (954) 828-9122

A. John Mancini*
JMancini@mayerbrown.com
Emily A. Nash*
enash@mayerbrown.com
**MAYER BROWN, LLP**
1675 Broadway
New York, New York 10019-5820
Tel: (212) 506-2500
Fax: (212) 262-1910

*Admitted pro hac vice

*Counsel for Defendant,*
*Curtis International Ltd.*