**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:14-CV-22729-CMA**

SEOUL SEMICONDUCTOR CO., LTD.

      Plaintiff,

v.

CURTIS INTERNATIONAL LTD.

      Defendant.

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Peter Michaelson on January 26-27, 2015, or, alternatively, February 5-6, 2015, in New York, New York.

**ENTERED** in Chambers at Miami, Florida on this _____ day of _____, 2014.

                                        CECILIA M. ALTONAGA
                                        UNITED STATES DISTRICT JUDGE

Copies provided to: *Counsel of record*